

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DALLAS EUROPEAN AUTO, L.L.C., | § | No. 08-12-00336-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law #1 |
| HAMID MASSOUDI D/B/A SPORT MOTOR CARS, | § | of Collin County, Texas |
| | § | |
| Appellee. | § | (TC#001-01761-2011) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's joint motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of this appeal are assessed against the party incurring same. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF FEBRUARY, 2013.

_____
YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.